Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | No. 1:13-cv-00678-BAM |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL OF ACTION** |
| vs. | |
| HASSAN CHAIBI, dba SUNRISE MINI MART, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendants Hassan Chaibi dba Sunrise Mini Mart and Hassanin Chaibi, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Date: November 15, 2013           MOORE LAW FIRM, P.C.


                                  */s/ Tanya E. Moore*
                                  Tanya E. Moore
                                  Attorney for Plaintiff

Page 1

Ronald Moore

Date: November 26, 2013                    VAUGHAN & ASSOCIATES LAW OFFICE

*/s/ Cris C. Vaughan*
Cris C. Vaughan
Attorneys for Defendants
Hassan Chaibi dba Sunrise Mini Mart and Hassan Chaibi

**ORDER**

Pursuant to the joint stipulation of dismissal filed on November 26, 2013, this action is DISMISSED with prejudice in its entirety pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own attorneys' fees and court costs. The Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated:   **November 26, 2013**              /s/ *Barbara A. McAuliffe*
                                            UNITED STATES MAGISTRATE JUDGE